PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DWAYNE A. HOLMES,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:24-cv-00338-BAM<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will instruct the Administrative Law Judge to reevaluate the step five finding, to include obtaining vocational expert evidence as necessary, while resolving any inconsistencies between the vocational expert testimony, the Dictionary of Occupational Titles, and the residual functional capacity; take action to further

develop the record as necessary; offer Plaintiff the opportunity for a new hearing; and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                                Respectfully submitted,

DATE:  May 20, 2024                  /s/ *Harvey Peter Sackett*\*
                                                HARVEY PETER SACKETT
                                                Attorney for Plaintiff
                                                \*Authorized via e-mail on May 19, 2024

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                                MATHEW W. PILE
                                                Associate General Counsel
                                                Office of Program Litigation, Office 7

DATE: May 20, 2024          By:    /s/ *Justin L. Martin*
                                                JUSTIN L. MARTIN
                                                Special Assistant United States Attorney
                                                Office of Program Litigation, Office 7

                                                Attorneys for Defendant

**ORDER**

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation. The Clerk of the Court is directed to enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **May 22, 2024**        /s/ Barbara A. McAuliffe
          UNITED STATES MAGISTRATE JUDGE