HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

Attorney for Plaintiff

/as

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DWAYNE A. HOLMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARTIN O'MALLEY,[1]<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:24-cv-00338-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

On May 22, 2024 this Court issued an order reversing the final decision of the Defendant, Martin O'Malley, the Commissioner of Social Security (Commissioner), with a remand for a rehearing, 42 U.S.C. § 405(g) (sentence four); judgment was entered.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

In the interest of administrative and judicial economy, the parties have agreed to stipulate that an award of ONE THOUSAND ONE HUNDRED SEVENTY DOLLARS AND TEN CENTS ($1,170.10) in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), is reasonable. This award is without prejudice to Plaintiff's right to seek attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. However, this award shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA fees and costs. Further, such award shall not be used as precedent in any future cases, nor be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

After the Court issues an order for EAJA fees to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees to Harvey P. Sackett ("Counsel").  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the ability to honor an assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA is entered, the Government will determine whether they are subject to offset. Fees shall be made payable to Plaintiff, but if the Department of Treasury determines Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees, expenses, and costs to be made payable directly to Counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered and made payable to Counsel.

Accordingly, Defendant agrees to pay Plaintiff $1,170.10 in attorney's fees. Payments may be made by electronic fund transfer (EFT) or by check.

All parties whose signature lines appear in this document have consented to its filing. This award is without prejudice to the rights of Sackett and Associates and/or Harvey P. Sackett to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: June 11, 2024                         SACKETT AND ASSOCIATES

                                    By:      /s/ *HARVEY P. SACKETT*
                                              HARVEY P. SACKETT
                                              Attorney for Plaintiff
                                              DWAYNE A. HOLMES

Dated: June 12, 2024                         PHILLIP A. TALBERT
                                              United States Attorney

                                    By:      /s/*JUSTIN L. MARTIN*
                                              JUSTIN L. MARTIN
                                              Special Assistant United States Attorney
                                              Attorney for Defendant
                                              [*As authorized by email on 6/10/24]

**ORDER**

Pursuant to the stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, IT IS ORDERED that attorney fees in the amount of ONE THOUSAND ONE HUNDRED SEVENTY DOLLARS AND TEN CENTS ($1,170.10) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **June 12, 2024**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE